STATE OF NEW JERSEY v. THOMAS SATTERFIELD.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY NELSON.

January 18, 1972. Petition for certification denied. (See 116 *N. J. Super.* 437)

TOWNSHIP OF WILLINGBORO IN THE COUNTY OF BURLINGTON v. BURLINGTON COUNTY BOARD OF TAXATION.

January 18, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. NATHANIEL CECIL HOLMES.

January 18, 1972. Petition for certification denied.

CAMDEN TRUST CO., EXR. *ETC.* v. BEATRICE M. YODER.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH DE VITA.

January 18, 1972. Petition for certification denied.